UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT COOKE,<br><br>           Plaintiff<br><br>     v.<br><br>ENCOMPASS INDEMNITY COMPANY,<br><br>           Defendant | CIVIL ACTION NO. 3:18-CV-831<br><br>(MEHALCHICK, M.J.) |

## ORDER

AND NOW, this 20th day of February, 2020, Counsel having reported to the court that this action has been settled, **IT IS HEREBY ORDERED THAT** this action is dismissed without costs and without prejudice to the right of either party, upon good cause shown, to reinstate the action within **sixty (60) days** if the settlement is not consummated.

BY THE COURT:

*s/ Karoline Mehalchick*
KAROLINE MEHALCHICK
United States Magistrate Judge